David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
       Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| **PETER NICHOLS GOODRO**<br>**SUMMER ELDER GOODRO,**<br>    Debtor(s) | Bankruptcy No. 10-24237<br>**(Chapter 7)**<br>Judge R. Kimball Mosier  |

### DEPOSIT OF UNCLAIMED FUNDS

    David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed.  The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | GE Money Bank<br>c/o Recovery Management Systems<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | $1.08 |

    A check in the amount of $1.08 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: June 13, 2011

                                     DAVID L. MILLER
                                     Chapter 7 Trustee

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| PETER NICHOLS GOODRO<br>SUMMER ELDER GOODRO,<br>    Debtor(s) | Bankruptcy No. 10-24237<br>(Chapter 7)<br>Judge R. Kimball Mosier |



### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
|  | GE Money Bank<br>c/o Recovery Management Systems<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | $1.08 |

A check in the amount of $1.08 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: June ___ 2011

/s/
_____
DAVID L. MILLER
Chapter 7 Trustee